IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:93-CR-136-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JASON LEE PITTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has failed to demonstrate good cause. Thus, the court DENIES defendant's motion for the presentence investigation report [D.E. 73].

SO ORDERED. This 18 day of September, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge